UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: David Fischer and Elizabeth Fischer, ) <br> ) <br> Debtors. ) <br> ) <br> ) | Case No. 11-51313 <br> Chapter 7 <br> Hon. Phillip J. Shefferly |

## DEBTORS' AMENDED MOTION TO RECONSIDER AND VACATE ORDER DISMISSING CASE

Debtors, David and Elizabeth Fischer, through their attorneys, Berry Moorman P.C., pursuant to Fed. R. Bankr. P. 9024 and F.R.Civ.P 60(b)(6), request that the Court vacate its May 3, 2011 Order Dismissing Chapter 7 Case. In support of their motion, Debtors state:

1. This case commenced with a petition filed by the Debtors on April 20, 2011. At the time of filing, the Statement of Social Security Numbers was inadvertently filed such that the information therein would be accessible by the public.

2. Debtors promptly filed their Amended Petition and a request that their original petition be stricken to correct this deficiency.

3. Although Debtors filed all necessary papers, due to an oversight counsel for the Debtors did not sign the Bankruptcy Petition Cover Sheet. The case was dismissed for this reason.

4. A fully-executed Bankruptcy Petition Cover Sheet has now been filed with the Court in the form of an exhibit to this motion.

Wherefore, Debtors request that the Court vacate its May 3, 2011 Order Dismissing Chapter 7 Case.

{00020123;v1 }

Respectfully submitted,
Berry Moorman P.C.


/s/ James P. Murphy
By: James P. Murphy (P36728)
Attorney for Debtors
535 Griswold, Suite 1900
Detroit, Michigan 48226
(313) 496-1200
Email: jmurphy@berrymoorman.com

Dated: May 5, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David W. Allard

Daniel J. Feko


By: /s/James P. Murphy
James P. Murphy (P36728)
BERRY MOORMAN P.C.
Attorneys for Debtor
535 Griswold, Suite 1900
Detroit, Michigan 48226
(313) 496-1200
murph@berrymoorman.com

Dated: May 5, 2011

{00020123;v1 }

# EXHIBIT A

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

DAVID FISHER
ELIZABETH FISHER

        Debtors.
_____/

Case No. 11-51313-pjs
Chapter 7
Hon. Phillip J. Shefferly
Pet. Filed: 04/20/11

**ORDER VACATING ORDER DISMISSING CASE AND REINSTATING CASE**

The Court has reviewed the Debtors' Ex-Parte Motion to Reconsider Order Dismissing Case and is otherwise advised in the premises,

IT IS ORDERED that this Court's Order Dismissing Case dated May 3, 2011 is vacated and this Case is reinstated.

                                _____
                                U.S. Bankruptcy Court Judge

Order prepared by:

BERRY MOORMAN P.C.
James P. Murphy (P36728)
Attorneys for Debtors
535 Griswold, Suite 1900
Detroit, Michigan 48226
(313) 496-1200
murph@berrymoorman.com

{00020123;v1 }

# EXHIBIT B

# CORRECTED FULLY SIGNED COVER SHEET

{00020123;v1 }

Revised 05/08

CORRECTED

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **David Fischer, Elizabeth Fischer**, Debtor(s)

Case No. _____
Chapter 7

## BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

### Part 1

"Companion cases," as defined in L.B.R. 1073-1(b), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a "companion case" to this case ever been filed at any time in this district or any other district? Yes ___ No **X**
(If yes, complete Part 2.)

### Part 2

For each companion case, state in chronological order of cases: (Attach supplemental sheets if necessary.)

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition | | | |
| Relationship to this case | | | |
| Case Number | | | |
| Chapter | | | |
| Date filed | | | |
| District | | | |
| Division | | | |
| Judge | | | |
| Status/Disposition | | | |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

If the present case is a Chapter 13 case, state for each companion case:
Attorney _____
Legal fee $ _____  $ _____  $ _____
Proposed legal fee in this case $ _____
Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

### Part 3 - In a Chapter 13 Case Only

The Debtor(s) certify, re: 11 U.S.C. § 1328(f):
[indicate which]
- ☐ Debtor(s) received a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
- ☐ Debtor(s) did not receive a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
- ☐ Debtor(s) received a discharge in a Chapter 13 case filed during the 2-years before filing this case.
- ☐ Debtor(s) did not receive a discharge in a Chapter 13 case filed during the 2-years before filing this case.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

_/s/ David Fischer_  _/s/ Elizabeth C. Fischer_  _/s/ James P. Murphy_ P36728  5/4/2011
David Fischer, Debtor    Elizabeth Fischer, Debtor    Debtor's Attorney

Date: April 20, 2011

Berry Moorman P.C.
535 Griswold
Suite 1900
Detroit, MI 48226-3679
313-496-1200 Fax: 313-496-1300